UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL F. ELDRIDGE, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| ETHAN ALLEN, INC. ) | CIVIL ACTION |
| ) | NO. 04-12506-MEL |
| *Defendant.* ) | |

## NOTICE OF APPEARANCES

PLEASE TAKE NOTICE that Barry A. Guryan and Heather Carlson Krauss hereby enter their appearances as counsel for Defendant Ethan Allen Inc. in the above-captioned matter.

    Respectfully submitted,

    ETHAN ALLEN INC.,

    By its attorneys,

    /s/: Heather C. Krauss
    Barry A. Guryan, BBO # 214920
    Heather Carlson Krauss, BBO # 644457
    EPSTEIN, BECKER & GREEN, P.C.
    111 Huntington Avenue
    Boston, MA 02199
Dated: January 31, 2005    (617) 342-4000

- 2 -

## CERTIFICATE OF SERVICE

I, Heather Carlson Krauss, hereby certify that on January 31, 2005, a true copy of the foregoing document was served by overnight mail upon counsel for Plaintiff:

Denise A. Chicoine, Esq.
Englander & Chicoine P.C.
Two Newton Place
Suite 200
Newton, MA 02458-1634

/s/: Heather C. Krauss
Heather Carlson Krauss