UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL F. ELDRIDGE, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ETHAN ALLEN, INC. )<br>)<br>*Defendant*. )<br>) | CIVIL ACTION<br>NO. 04-12506-MEL |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and LR 7.3, Defendant Ethan Allen Inc. submits the following corporate disclosure statement.

At the present time, Ethan Allen Inc. is a wholly-owned subsidiary of Ethan Allen Interiors Inc. If necessary, Ethan Allen Inc. will supplement this statement in accordance with Fed. R. Civ. P. 7.1(b)(2) and LR 7.3(B).

Respectfully submitted,

ETHAN ALLEN INC.,

By its attorneys,

/s/: Heather C. Krauss
Barry A. Guryan, BBO # 214920
Heather Carlson Krauss, BBO # 644457
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: January 31, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, Heather Carlson Krauss, hereby certify that on January 31, 2005, a true copy of the foregoing document was served by overnight mail upon counsel for Plaintiff:

Denise A. Chicoine, Esq.
Englander & Chicoine P.C.
Two Newton Place
Suite 200
Newton, MA  02458-1634

/s/: Heather C. Krauss
Heather Carlson Krauss