UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL F. ELDRIDGE,<br><br>   *Plaintiff,*<br><br>v.<br><br>ETHAN ALLEN, INC.<br><br>   *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 04-12506-MEL<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS OR,
## IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

   Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Ethan Allen Inc. ("Ethan

Allen") hereby moves to dismiss Count IV (violation of the Mass. Gen. Laws ch. 175, § 110D)

and Count V (violation of Massachusetts Minimum Fair Wage Law, Mass. Gen. Laws ch. 151,

§ 1B) of Plaintiff's Complaint with prejudice. In support of its Motion to Dismiss, Ethan Allen

submits the accompanying Memorandum of Law, with Exhibits A - B.[1]

           Respectfully submitted,

           ETHAN ALLEN INC.,

           By its attorneys,


           s/: Heather C. Krauss
           Barry A. Guryan, BBO # 214920
           Heather Carlson Krauss, BBO # 644457
           EPSTEIN, BECKER & GREEN, P.C.
           111 Huntington Avenue
           Boston, MA 02199
Dated: January 31, 2005     (617) 342-4000

---

[1] Because this Motion presents materials outside the pleading, the Motion should be treated for one as for summary judgment if the materials are not excluded by the Court. See Fed. R. Civ. P. 12(b)(6).

## **CERTIFICATE OF SERVICE**

I, Heather Carlson Krauss, hereby certify that on January 31, 2005, a true copy of the foregoing document was served by overnight mail upon counsel for Plaintiff:

Denise A. Chicoine, Esq.
Englander & Chicoine P.C.
Two Newton Place
Suite 200
Newton, MA  02458-1634

/s/: Heather C. Krauss
Heather Carlson Krauss

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that counsel for Defendant attempted to reach counsel for Plaintiff by telephone in a good faith attempt in good faith to resolve or narrow the issues raised in this Motion to Dismiss. Unfortunately, the parties were unable to resolve these issues prior to the deadline for filing a response to the Complaint.

Dated:  January 31, 2005

/s/: Heather C. Krauss
Heather Carlson Krauss