UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL F. ELDRIDGE,<br><br>    *Plaintiff,*<br><br>v.<br><br>ETHAN ALLEN, INC.<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 04-12506-MEL |

### NOTICE OF LAW FIRM CHANGE AND CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, in the above-matter, effective February 1, 2005, Attorneys Barry A. Guryan and Heather Carlson Krauss, counsel for Defendant, will have a new law firm and address:

    Foley & Lardner LLP
    111 Huntington Avenue
    Boston, MA 02199
    (617) 342-4000

    Respectfully submitted,

    ETHAN ALLEN INC.,

    By its attorneys,

    /s/: Heather C. Krauss
    Barry A. Guryan, BBO # 214920
    Heather Carlson Krauss, BBO # 644457
    FOLEY & LARDNER LLP
    111 Huntington Avenue
    Boston, MA 02199
    (617) 342-4000

Dated: February 2, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, Heather Carlson Krauss, hereby certify that on February 2, 2005, a true copy of the foregoing document was served by U.S. mail upon counsel for Plaintiff:

Denise A. Chicoine, Esq.
Englander & Chicoine P.C.
Two Newton Place
Suite 200
Newton, MA  02458-1634

/s/: Heather C. Krauss
Heather Carlson Krauss