UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
MICHAEL F. ELDRIDGE,                )
                                    )
            *Plaintiff*,            )
                                    )
v.                                  )
                                    )
ETHAN ALLEN, INC.                   )   CIVIL ACTION
                                    )   NO. 04-12506-MEL
            *Defendant*.            )
_____)

## DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME

Defendant, Ethan Allen, Inc. ("Ethan Allen"), requests a one-week extension of time, up to and through June 8, 2005, within which to respond to Plaintiff's Motion for Leave to Amend Complaint. As grounds for this Motion, Ethan Allen states as follows:

1. Ethan Allen was electronically served with Plaintiff's Motion for Leave to Amend Complaint at the end of the day on Wednesday, May 18, 2005. The current deadline for filing an opposition to Plaintiff's Motion for Leave to Amend Complaint is Wednesday, June 1, 2005.

2. Defendant's counsel has been out of town and/or occupied with previously-scheduled meetings and appointments for most of last week and this week.

3. Consequently, Ethan Allen needs additional time within which to prepare its response to Plaintiff's Motion for Leave to Amend Complaint.

4. This is Defendant's first request for an extension of time in this case.

5. Plaintiff's counsel has assented to this Motion.

WHEREFORE, Ethan Allen respectfully requests that the Court allow its motion to extend the time for filing a response to Plaintiff's Motion for Leave to Amend Complaint up to and through June 8, 2005.

        Respectfully submitted,

        ETHAN ALLEN INC.,

        By its attorneys,

        /s/: Heather C. Krauss
        Barry A. Guryan, BBO # 214920
        Heather C. Krauss, BBO # 644457
        FOLEY & LARDNER LLP
        111 Huntington Avenue
        Boston, MA 02199

Dated: May 31, 2005        (617) 342-4000

## CERTIFICATE OF SERVICE

I, Heather C. Krauss, hereby certify that on May 31, 2005, a true copy of the foregoing document was served by U.S. mail upon counsel for Plaintiff:

Denise A. Chicoine, Esq.
Englander & Chicoine P.C.
Two Newton Place
Suite 200
Newton, MA  02458-1634

        /s/: Heather C. Krauss
        Heather C. Krauss

## **LOCAL RULE 7.1 CERTIFICATION**

      Pursuant to Local Rule 7.1, I hereby certify that counsel for Defendant communicated with counsel for Plaintiff by telephone in a good faith attempt to resolve or narrow the issues raised in this Motion to Extend Time, and that Plaintiff's counsel has assented.

|  |  |
|---|---|
|  | /s/: Heather C. Krauss |
| Dated: May 31, 2005 | Heather C. Krauss |

3