UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL F. ELDRIDGE, | ) | Civil Action 04 12506 MEL |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| ETHAN ALLEN, INC. | ) | |
| Defendant | ) | |

### PLAINTIFF'S REQUEST FOR LEAVE TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff Michael F. Eldridge hereby requests leave of this Court to submit a brief reply to Defendant Ethan Allen Inc.'s Opposition to Plaintiff's Motion to Amend Complaint. Plaintiff's succinct analysis demonstrates that amendment of the complaint is not futile because the new claims are not preempted by ERISA. Additionally, Defendant's counsel has assented to this Motion for Leave to File a Reply.

Respectfully submitted,
Michael F. Eldridge

By his attorneys,

Date:   June 22, 2005

Edward S. Englander (BBO # 154540)
Denise A. Chicoine (BBO # 564152)
ENGLANDER & CHICOINE P.C.
Two Newton Place, Suite 200
Newton, MA 02458-1633
Tel. (617) 964-5400

## CERTIFICATE OF SERVICE

I, Denise A. Chicoine, hereby certify that I served the enclosed

**PLAINTIFF'S REQUEST FOR LEAVE TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

on counsel of record by sending a true copy of same to:

Barry A. Guryan, Esq.
Heather C. Krauss, Esq.
Foley & Lardner LLP
111 Huntington Avenue, 26th Fl.
Boston, MA 02199

via electronic delivery and first class mail postage pre-paid this twenty-second day of June, 2005.

_____
Denise A. Chicoine, Esq.