UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL F. ELDRIDGE, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| ETHAN ALLEN, INC. | )   CIVIL ACTION |
| | )   NO. 04-12506-MEL |
| *Defendant.* | ) |
| | ) |

## LOCAL RULE 16.1 JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and LR 16.1, Plaintiff Michael F. Eldridge ("Plaintiff"), and Defendant, Ethan Allen, Inc. ("Defendant") (collectively, "the Parties"), have conferred through counsel and hereby submit this Joint Statement in anticipation of the October 18, 2005 Initial Scheduling Conference.

1.   Joint Discovery Plan

    a.   The Parties have agreed to make the automatic disclosures required by Fed. R. Civ. P. 26(a)(1) and LR 26.2(A) on or before November 1, 2005.

    b.   The Parties agree that discovery may commence immediately following compliance with the above-referenced automatic disclosure provisions. The Parties agree that discovery shall be limited in accordance with LR 26.1(C), but that either Party may request additional discovery in accordance with LR 26.2(B).

    c.   Disclosure of expert testimony shall be in accordance with Fed. R. Civ. P. 26(a)(2), except that such expert disclosures shall be made on or before

March 1, 2006. Disclosure relating to rebuttal testimony shall be made in accordance with Fed. R. Civ. P. 26(a)(2).

    d.    All discovery, including all depositions, shall be completed on or before May 1, 2006.

2.    <u>Scheduling of Motions</u>

    a.    <u>Motions for Joinder/Amendment</u> – Defendant proposes that such motions shall be filed on or before October 21, 2005.

    b.    <u>Dispositive Motions</u> – Such motions shall be filed on or before June 30, 2006. Opposition to such a motion shall be filed within thirty (30) days of service of the original motion.

3.    <u>Local Rule 16.1(D) Certifications</u>

The certifications required by LR 16.1(D)(3) shall be filed separately by the Parties prior to the date of the Initial Scheduling Conference.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF,
MICHAEL F. ELDRIDGE,

_Denise A. Chicoine_ HK

Denise A. Chicoine, BBO # 154540
Edward S. Englander, BBO # 564152
ENGLANDER & CHICOINE P.C.
Two Newton Place, Suite 200
Newton, MA 02458-1634
Telephone No.: (617) 964-5400

ATTORNEYS FOR DEFENDANT,
ETHAN ALLEN, INC.,

_Heather C. Krauss_

Barry A. Guryan, BBO # 2149203
Heather C. Krauss, BBO # 644457
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone No.: (617) 342-4000

DATED: October 11, 2005

## CERTIFICATE OF SERVICE

I, Heather C. Krauss, hereby certify that on October 11, 2005, a true copy of the foregoing document was served via e-mail through the ECF system upon counsel for Plaintiff:

Denise A. Chicoine, Esq.
ENGLANDER & CHICOINE P.C.
Two Newton Place, Suite 200
Newton, MA 02458-1634

/s/: Heather C. Krauss
Heather C. Krauss