UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL F. ELDRIDGE,<br><br>*Plaintiff,*<br><br>v.<br><br>ETHAN ALLEN, INC.<br><br>*Defendant.* | CIVIL ACTION<br>NO. 04-12506-MEL |

## DEFENDANT'S LOCAL RULE 16.1 (D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Defendant, Ethan Allen, Inc., and the undersigned counsel hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and,

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| COUNSEL FOR DEFENDANT, | ETHAN ALLEN, INC., |
|---|---|
| /s/ Heather C. Krauss | /s/ Charles Farfaglia |
| Barry A. Guryan, BBO # 214920<br>Heather C. Krauss BBO #644457<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Boston, MA 02199 | Charles Farfaglia<br>Vice President of Human Resources |
| DATED: October 11, 2005 | DATED: October 7, 2005 |

## CERTIFICATE OF SERVICE

    I, Heather C. Krauss, hereby certify that on October 11, 2005, a true copy of the foregoing document was served via e-mail through the ECF system upon counsel for Plaintiff:

Denise A. Chicoine, Esq.
Englander & Chicoine P.C.
Two Newton Place
Suite 200
Newton, MA  02458-1634

                                    /s/: Heather C. Krauss
                                    Heather C. Krauss