UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL F. ELDRIDGE, | ) | Civil Action 04 12506 MEL |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| ETHAN ALLEN, INC. | ) | |
| Defendant | ) | |

### PLAINTIFF'S MOTION TO EXTEND DISCOVERY PERIOD

NOW COMES Plaintiff Michael Eldridge to request this Court to extend the period for discovery for thirty days. In support hereof Plaintiff states:

1. Deposition testimony on Thursday, April 27, 2006 revealed that certain documents Plaintiff had requested were no longer in existence because of a computer virus. Plaintiff seeks additional information from Defendant's information technology department to determine whether the documents at issue were archived or may be recovered, in the form of a F.R.Civ.P. Rule 30(b)(6) deposition.

2. Deposition testimony on Friday, April 28, 2006 revealed that Defendant awarded certain district managers bonus pay based on the prior fiscal year. Plaintiff seeks the documents that reflect the bonus Defendant paid district managers in Massachusetts in fiscal year 2004, the timeframe in which Plaintiff's termination occurred.

3. Defendant's counsel does not oppose this request to extend the time for discovery, but reserves the right to object to the scope of discovery Plaintiff seeks during the extended time and/or to file motions regarding the scope of Plaintiff's further discovery.

WHEREFORE Plaintiff requests the Court to extend discovery for thirty days from the allowance of this motion.

                                        Respectfully submitted,
                                        Michael F. Eldridge

                                        By his attorneys,

Date:  May 5, 2006

                                        Edward S. Englander (BBO # 154540)
                                        Denise A. Chicoine (BBO # 564152)
                                        ENGLANDER & CHICOINE P.C.
                                        Two Newton Place, Suite 200
                                        Newton, MA 02458-1633
                                        Tel. (617) 964-5400

## CERTIFICATE OF SERVICE

I, Denise A. Chicoine, hereby certify that I served

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY PERIOD**

on defendant's counsel of record by sending a true copy of same to:

Heather C. Krauss, Esq.
Foley & Lardner LLP
111 Huntington Avenue, 26th Fl.
Boston, MA 02199-7610

via electronic filing this fifth day of May, 2006.

                                          Denise A. Chicoine, Esq.