UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| MICHAEL F. ELDRIDGE, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ETHAN ALLEN, INC. | ) | CIVIL ACTION |
| | ) | NO. 04-12506-MEL |
| *Defendant*. | ) | |

_____)

**DEFENDANT'S ASSENTED-TO MOTION
TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS**

Defendant, Defendant, Ethan Allen, Inc. (now known as "Ethan Allen Retail, Inc.") ("Ethan Allen") or ("the Company"),[1] hereby moves the Court to extend the deadline for filing dispositive motions up to and through August 18, 2006. As grounds for its Motion, Defendant states as follows:

1.    The current deadline for submitting dispositive motions is June 30, 2006. Oppositions are to be filed within thirty days of service of any dispositive motions.

2.    On May 8, 2006, Plaintiff filed a Motion to Extend Fact Discovery. In his Motion, Plaintiff requested that the deadline for completing fact discovery, which was then scheduled for May 1, 2006, be extended for 30 days from the date of the Court's allowance of the Motion. The Court allowed Plaintiff's Motion on May 11, 2006. Consequently, the new deadline for completing fact discovery is June 12, 2006.

---

1 As of July 1, 2005, Ethan Allen, Inc.'s name changed to Ethan Allen Retail, Inc.

3.    In addition, the parties have mutually agreed that the remaining deposition in this case will take place on June 16, 2006 in order to accommodate the schedules of the parties and the witness.

4.    The deadline for filing dispositive motions should be postponed to allow sufficient time to prepare such motions after the close of discovery and the remaining deposition. Because the discovery deadline was recently extended, Ethan Allen proposes August 18, 2006 as the new date for filing dispositive motions, with oppositions to be filed within thirty days of service of any dispositive motions.

5.    Neither Party will be prejudiced by this extension.

6.    Plaintiff's counsel assents to this Motion.

**WHEREFORE**, Defendant Ethan Allen respectfully requests that the deadline for filing dispositive motions be extended from June 30, 2006 to August 18, 2006, with oppositions to be filed within thirty days of service of any dispositive motions.

Respectfully submitted,

ETHAN ALLEN INC.

/s/: Heather C. Krauss
Barry A. Guryan, BBO # 214920
bguryan@foley.com
Heather C. Krauss, BBO # 644457
hkrauss@foley.com
FOLEY & LARDNER LLP
111 Huntington Avenue
26th Floor
Boston, MA 02199
Tel: (617) 342-4000
Dated:  June 6, 2006                Fax: (617) 342-4001

## CERTIFICATE OF SERVICE

I, Heather C. Krauss, hereby certify that on June 6, 2006, a true copy of the foregoing document was served electronically upon counsel for Plaintiff:

> Denise A. Chicoine, Esq.
> Englander & Chicoine, P.C.
> Two Newton Place
> Suite 200
> Newton, MA  02458-1634

/s/: Heather C. Krauss_____
Heather C. Krauss

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to LR 7.1, I hereby certify that counsel for Defendant and counsel for Plaintiff conferred by telephone on June 6, 2006 in good faith, and that counsel for Plaintiff assents to Defendant's Motion to Extend Deadline for Filing Dispositive Motions.

/s/: Heather C. Krauss_____
Dated:  June 6, 2006                Heather C. Krauss