UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL F. ELDRIDGE, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| ETHAN ALLEN, INC. ) | CIVIL ACTION |
| ) | NO. 04-12506-MEL |
| *Defendant.* ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant, Ethan Allen, Inc. (now known as "Ethan Allen Retail, Inc.") ("Ethan Allen") or ("the Company"),[1] hereby moves for summary judgment as to all claims asserted in the Complaint. In support of its Motion for Summary Judgment, Ethan Allen relies upon the following materials filed herewith: (i) Defendant's Statement of Undisputed Facts, (ii) Affidavit of Heather C. Krauss with attached Exhibits A-T, and (iii) Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment.

WHEREFORE, Ethan Allen respectfully requests that this Court grant its Motion for Summary Judgment and enter judgment in Ethan Allen's favor as to all claims asserted in the Complaint.

---

1 As of July 1, 2005, Ethan Allen, Inc.'s name changed to Ethan Allen Retail, Inc.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, Ethan Allen requests oral argument on its Motion for Summary Judgment. Ethan Allen believes that oral argument will assist the Court in resolving any issues that may be in dispute.

                                              Respectfully submitted,

                                              ETHAN ALLEN INC.

                                              /s/: Barry A. Guryan
                                              Barry A. Guryan, BBO # 214920
                                              bguryan@foley.com
                                              Heather C. Krauss, BBO # 644457
                                              hkrauss@foley.com
                                              FOLEY & LARDNER LLP
                                              111 Huntington Avenue
                                              26th Floor
                                              Boston, MA 02199
                                              Tel: (617) 342-4000
Dated: August 17, 2006                Fax: (617) 342-4001

## CERTIFICATE OF SERVICE

I, Barry A. Guryan, hereby certify that on August 17, 2006, a true copy of the foregoing document was served electronically upon counsel for Plaintiff:

Denise A. Chicoine, Esq.
Englander & Chicoine, P.C.
Two Newton Place
Suite 200
Newton, MA  02458-1634

                                              /s/: Barry A. Guryan
                                              Barry A. Guryan

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to LR 7.1, I hereby certify that counsel for Defendant and counsel for Plaintiff conferred by telephone on August 17, 2006 in good faith, but that the parties were unable to resolve their differences regarding the issues raised in Defendant's Motion for Summary Judgment.

Dated: August 17, 2006

/s/: Heather C. Krauss
Heather C. Krauss