UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL F. ELDRIDGE, | ) | Civil Action 04 12506 MEL |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| ETHAN ALLEN, INC. | ) | |
| Defendant | ) | |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

Plaintiff Michael F. Eldridge hereby requests this Court to briefly extend the date for filing an opposition to Defendant's Motion for Summary Judgment. In support hereof Plaintiff states:

1. The recently revised deadline for dispositive motions requires Plaintiff to file an opposition to Defendant's Rule 56 Motion by September 15, 2006.

2. Due to scheduling conflicts, Plaintiff proposes a brief extension, to September 29, 2006, for the filing of his summary judgment opposition.

3. The requested extension will not prejudice either party nor affect any other scheduled events in this matter.

4. Defendant's counsel assents to this Motion.

WHEREFORE, Plaintiff requests the Court to extend the time for Plaintiff to file his Opposition to Defendant's Motion for Summary Judgment through and including September 29, 2006.

Respectfully submitted,
Michael F. Eldridge

By his attorneys,

Date: September 8, 2006

Edward S. Englander (BBO # 154540)
Denise A. Chicoine (BBO # 564152)
ENGLANDER & CHICOINE P.C.
Two Newton Place, Suite 200
Newton, MA 02458-1633
Tel. (617) 964-5400

## CERTIFICATE OF SERVICE

I, Denise A. Chicoine, hereby certify that I served the enclosed

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

on defendant's counsel of record by sending a true copy of same to:

Heather C. Krauss, Esq.
Foley & Lardner LLP
111 Huntington Avenue, 26th Fl.
Boston, MA 02199

via electronic delivery this eighth day of September, 2006.

Denise A. Chicoine, Esq.