UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL F. ELDRIDGE, | ) | Civil Action 04 12506 MEL |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| ETHAN ALLEN, INC. | ) | |
| Defendant | ) | |

**PLAINTIFF'S OPPOSITION TO
DEFENDANT ETHAN ALLEN INC.'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff Michael F. Eldridge to oppose Defendant Ethan Allen Inc.'s Motion for Summary Judgment. In support, Plaintiff submits a Concise Statement of Disputed Material Facts pursuant to Local Rule 56.1, and a memorandum of law.

Defendant's motion for summary judgment must be denied on all three counts because Plaintiff's countervailing materials establish that Defendant violated the Family and Medical Leave Act ("FMLA"), M.G.L. ch. 151B, and the Massachusetts Worker's Compensation Act. Specifically, Plaintiff was the subject of disparate treatment after Defendant was made aware of his knee injury, a serious health condition under the FMLA, and an actual or perceived handicap within the meaning of M.G.L. ch. 151B. Defendant interfered with Plaintiff's FMLA rights by manipulatively twice delaying his scheduled knee surgery and ultimately terminating Plaintiff immediately prior to the onset of his FMLA leave. The facts taken in the light most favorable to Plaintiff, together with all reasonable inferences, establish a prima facie case under each count of the Complaint and demonstrate the pretextual nature of the employer's proffered reason for Plaintiff's termination. Thus, Defendant's Motion for Summary Judgment must be denied in its entirety.

                                        Respectfully submitted,
                                        Michael F. Eldridge

                                        By his attorneys,

Date:   September 29, 2006

                                        Edward S. Englander (BBO # 154540)
                                        Denise A. Chicoine (BBO # 564152)
                                        ENGLANDER & CHICOINE P.C.
                                        Two Newton Place, Suite 200
                                        Newton, MA 02458-1633
                                        Tel. (617) 964-5400

## CERTIFICATE OF SERVICE

I, Denise A. Chicoine, hereby certify that I served the enclosed

**PLAINTIFF'S OPPOSITION TO DEFENDANT ETHAN ALLEN INC.'S MOTION FOR SUMMARY JUDGMENT**

on counsel of record by sending a true copy of same to:

Barry A. Guryan, Esq.
Heather C. Krauss, Esq.
Foley & Lardner LLP
111 Huntington Avenue, 26th Fl.
Boston, MA 02199

via electronic delivery this twenty-ninth day of September, 2006.

_____
Denise A. Chicoine, Esq.