UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

MICHAEL F. ELDRIDGE,

    Plaintiff,

v.

ETHAN ALLEN, INC.,

    Defendant.

Civil Action. No. 04-12506-MEL

## MOTION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel, Barry M. Guryan and Stephen T. Paterniti, file this motion for Mr. Guryan and his firm to withdraw as counsel for Ethan Allen, Inc., and to substitute them with Mr. Paterniti and his firm, Jackson Lewis LLP. Mr. Guryan requests that the Court allow him to withdraw as counsel for Ethan Allen, Inc., and Mr. Paterniti requests that the Court enter his appearance on Ethan Allen's behalf.

Respectfully submitted,

/s/ Michael J. Tuteur
Michael J. Tuteur (BBO#543780)
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

/s/ Barry A. Guryan
Barry A. Guryan (BBO#214920)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500

Respectfully submitted,

/s/ Stephen T. Paterniti
Stephen T. Paterniti (BBO#564860)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Date: March 28, 2007

## CERTIFICATE OF SERVICE

This is to certify that on March 28, 2007, a copy of the above document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing System.

/s/ Stephen T. Paterniti
Jackson Lewis LLP