UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL ELDRIDGE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-12506-MEL |
| v. | ) | |
| | ) | |
| ETHAN ALLEN, INC. | ) | |
| Defendant | ) | |

ORDER OF REASSIGMENT

LASKER, S.D.J.

I request that this case be reassigned.

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated August 13, 2007          /s/ George H. Howarth
Boston, Massachusetts                Deputy Clerk