UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL F. ELDRIDGE, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | |
| ETHAN ALLEN, INC. | ) | CIVIL ACTION |
|  | ) | NO. 04-12506-WGY |
| *Defendant*. | ) | |

### HEATHER C. KRAUSS'S
### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to LR 83.5.2(c), Heather C. Krauss of Foley & Lardner LLP hereby moves to withdraw as counsel for Defendant, Ethan Allen, Inc. (now known as "Ethan Allen Retail, Inc.") ("Ethan Allen") in this case.[1] In support of this Motion, Ms. Krauss states as follows:

1. On or about March 28, 2007, Ethan Allen filed a Motion for Substitution of Counsel. Specifically, Barry Guryan sought to withdraw as counsel for Ethan Allen and to be substituted with Stephen T. Paterniti of Jackson Lewis LLP.

2. On August 14, 2007, the Court allowed the Motion for Substitution of Counsel. Consequently, Mr. Guryan has been withdrawn from the case and Mr. Paterniti of Jackson Lewis LLP is now representing Ethan Allen.

3. The undersigned counsel entered her appearance along with Mr. Guryan on behalf of Ethan Allen at the outset of this case, and she has worked on this case with Mr. Guryan. However, because the undersigned counsel was on maternity leave at the time of the filing of the Motion for Substitution of Counsel, it appears that her name was inadvertently omitted from that

---

[1] As of July 1, 2005, Ethan Allen, Inc.'s name changed to Ethan Allen Retail, Inc.

Motion. As a result, the undersigned counsel has not been withdrawn from the case and continues to receive notices from the Court even though the case has since transferred to Mr. Paterniti.

4.  A scheduling conference has been set for September 10, 2007 at 2:00 p.m. However, no trial date has been set, and there are no motions pending before the Court other than the instant Motion.

WHEREFORE, Heather C. Krauss respectfully requests that the Court allow her Motion to Withdraw as Counsel for Defendant.

Respectfully submitted,

FOLEY & LARDNER LLP,

/s/ Heather C. Krauss_____
Heather C. Krauss, BBO # 644457
hkrauss@foley.com
FOLEY & LARDNER LLP
111 Huntington Avenue
26th Floor
Boston, MA 02199
Tel: (617) 342-4000

Dated: September 6, 2007                Fax: (617) 342-4001

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a copy will be sent via U.S. mail upon Ethan Allen.

/s/ Heather C. Krauss_____
Heather C. Krauss