# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  | Civil Action No: 04-12506-WGY |
|---|---|
| **Michael Eldridge** | |
| **Plaintiff** | |
| v. | |
| **Ethan Allen, Inc.**<br>**Defendant** | |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on 97/2007 that the above-entitled action has been settled:

    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/Matthew A. Paine

**Deputy Clerk**

September 7, 2007

To: All Counsel